No. 13, Original. TEXAS v. NEW JERSEY ET AL. The Report of the Special Master submitted in response to the order of this Court dated February 25, 1963, 372 U. S. 926, is received and ordered filed. Exceptions, if any, with supporting briefs, to the Report of the Special Master may be filed by the parties on or before February 15, 1964. Reply briefs, if any, to such exceptions may be filed on or before March 15, 1964. [For earlier orders herein, see 369 U. S. 869; 370 U. S. 929; 371 U. S. 873; 372 U. S. 926, 973.]

No. 91. JOHN WILEY & SONS, INC., v. LIVINGSTON. Certiorari, 373 U. S. 908, to the United States Court of Appeals for the Second Circuit. The motion of the American Federation of Labor and Congress of Industrial Organizations for leave to file a brief, as amicus curiae, is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. J. Albert Woll, David E. Feller, Elliot Bredhoff and Jerry D. Anker on the motion.

No. 696, Misc. PENRICE v. CALIFORNIA;
No. 707, Misc. DAWES ET AL. v. MACDOUGALL, CORRECTIONS DIRECTOR, ET AL.; and
No. 715, Misc. GULLETTE v. HERITAGE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 659, Misc. BOSTON v. STURGIS, CHIEF JUSTICE. Motion for leave to file petition for writ of mandamus denied.